No. 380. EX PARTE NAVARRO.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 14, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

No. 535. EL PUEBLO v. CUADRA.—Apelación procedente de la Corte de Distrito de Humacao. Moción del Fiscal desistiendo de la apelación. Resuelto en enero 14, 1913. Desistida la apelación a instancia del Fiscal. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte contraria no compareció.

No. 499. EL PUEBLO v. GUERRA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del apelante desistiendo de la apelación. Resuelto en enero 15, 1913. Desistida la apelación a instancia del apelante. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Miguel Guerra.*

No. 505. EL PUEBLO v. GUERRA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del apelante desistiendo de la apelación. Resuelto en enero 15, 1913. Desistida la apelación a instancia del apelante. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Miguel Guerra.*

No. 521. EL PUEBLO v. VIDAL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 16, 1913. Confirmada la sentencia apelada de octubre 18, 1912. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelante no compareció.